UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL ENRIQUE ALVAREZ LECHUGA,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 1:26-cv-05414-DAD-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 7)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's habeas petition (Doc. No. 1) be granted. (Doc. No. 7.) Specifically, the magistrate judge concluded that petitioner has been subject to post-removal detention for longer than six-months and there is no significant likelihood that petitioner will be removed in the reasonably foreseeable future. (*Id.* at 2–4.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 4–5.) On August 14, 2026, respondent filed objections to the findings and recommendations which are comprised of a single sentence stating that respondent

objects for the reasons stated in its prior briefing. (Doc. No. 8.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on August 7, 2026 (Doc. No. 7), are ADOPTED in full;
2. The petition for writ of habeas corpus (Doc. No. 1), is GRANTED as follows:
   a. Respondent is ORDERED to immediately release petitioner Angel Enrique Alvarez Lechuga, A-File No. 077-676-281, from respondent's custody on the same conditions, if any, he was subject to prior to his re-detention on or about January 14, 2026;
   b. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: **August 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE